IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MILLENNIUM PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1750 (GMS) |
| | ) | |
| ACTAVIS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Disclosures Pursuant to District of Delaware Default Standard for Discovery Paragraph 4(a)* were caused to be served on March 28, 2013 upon the following in the manner indicated:

Steven J. Fineman, Esquire                                  *VIA ELECTRONIC MAIL*
Jason J. Rawnsley, Esquire
RICHARDS, LAYTON & FINGER, P.A.
920 North King street
Wilmington, DE 19801

Gary E. Hood, Esquire                                       *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART
161 North Clark Street, Suite 4200
Chicago., IL 60601

Pamela Fekete, Esquire                                      *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART
805 Third Avenue, Suite 2020
New York, NY 10022

Robyn Ast- Gmoser, Esquire                                  *VIA ELECTRONIC MAIL*
POLSINELLI SHUGHART
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

OF COUNSEL:

William F. Lee
Lisa J. Pirozzolo
Emily R. Whelan
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Robert M. Galvin
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 858-6000

March 28, 2013
6968222.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 28, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Steven J. Fineman, Esquire<br>Jason J. Rawnsley, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Gary E. Hood, Esquire<br>POLSINELLI SHUGHART<br>161 North Clark Street, Suite 4200<br>Chicago., IL  60601 | *VIA ELECTRONIC MAIL* |
| Pamela Fekete, Esquire<br>POLSINELLI SHUGHART<br>805 Third Avenue, Suite 2020<br>New York, NY  10022 | *VIA ELECTRONIC MAIL* |
| Robyn Ast- Gmoser, Esquire<br>POLSINELLI SHUGHART<br>100 S. Fourth Street, Suite 1000<br>St. Louis, MO  63102 | *VIA ELECTRONIC MAIL* |

Maryellen Noreika (#3208)