IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACTAVIS, INC., )<br>)<br>Defendant. ) | C.A. No. 12-1750 (GMS) |

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Millennium Pharmaceuticals, Inc. and Defendant Actavis Inc. subject to the approval of the Court, that the time within which the parties shall file a joint proposed protective order is futher extended through and including April 11, 2013. The reason for this request is to permit the parties to continue to seek to resolve or narrow any remaining issues in dispute.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Maryellen Noreika* | */s/ Steven J. Fineman* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | Steven J. Fineman (#4025)<br>Jason J. Rawnsley (#5379)<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>fineman@rlf.com<br>rawnsley@rlf.com |
| | *Attorneys for Defendant Actavis Inc.* |
| *Attorneys for Plaintiff Millennium Pharmaceuticals, Inc.* | |

SO ORDERED this _____ day of April 2013.

_____
                                                    J.