IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILLENNIUM PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACTAVIS LLC f/k/a ACTAVIS INC., )<br>)<br>Defendant. ) | C.A. No. 12-1750-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 15, 2013, true and correct copies of the (1) Rule 26(a)(1) Initial Disclosures of Actavis LLC f/k/a Actavis Inc., and (2) Actavis LLC's *Default Standard* Disclosures were served upon the below-named counsel of record in the manner and at the addresses indicated:

**VIA EMAIL**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

**VIA EMAIL**
William F. Lee
Lisa J. Pirozzolo
Emily R. Whelan
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
william.lee@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
emily.whelan@wilmerhale.com

**VIA EMAIL**
Robert M. Galvin
Wilmer Cutler Pickering Hale & Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000
robert.galvin@wilmerhale.com

RLF1 8487641v.1

| | |
|---|---|
| OF COUNSEL:<br><br>Gary E. Hood<br>POLSINELLI SHUGHART<br>161 N. Clark Street, Suite 4200<br>Chicago, Illinois 60601<br>ghood@polsinelli.com<br><br>Pamela Fekete<br>POLSINELLI SHUGHART<br>805 Third Avenue, Suite 2020<br>New York, New York 10022<br>pfekete@polsinelli.com<br>Robyn Ast-Gmoser<br><br>POLSINELLI SHUGHART<br>100 S. Fourth Street, Suite 1000<br>St. Louis, Missouri 63102<br>rast@polsinelli.com<br><br>Dated: April 15, 2013 | */s/ Jason J. Rawnsley*<br>Steven J. Fineman (#4025)<br>Jason J. Rawnsley (#5379)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>fineman@rlf.com<br>rawnsley@rlf.com<br><br>*Attorneys for Defendant*<br>*Actavis LLC (f/k/a/ Actavis Inc.)* |